denied. Petitioners are allowed until December 19, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 425 Fed. Appx. 330.

**No. 11-6587. Roger J. Day, Petitioner v. Minnesota, et al.**

565 U.S. 1056, 132 S. Ct. 797, 181 L. Ed. 2d 479, 2011 U.S. LEXIS 8511.

November 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 19, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 11-6711. Angeliki Papadimitriou, Petitioner v. John Papadimitriou.**

565 U.S. 1056, 132 S. Ct. 797, 181 L. Ed. 2d 479, 2011 U.S. LEXIS 8646.

November 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 19, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 417 Md. 502, 10 A.3d 1181.

**No. 11-6898. William E. Leventhal, Petitioner v. Daniel Schaffer, et al.**

565 U.S. 1056, 132 S. Ct. 797, 181 L. Ed. 2d 479, 2011 U.S. LEXIS 8476.

November 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until

December 19, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 418 Fed. Appx. 588.

**No. 11-7000. William M. Windsor, Petitioner v. United States, et al.**

565 U.S. 1056, 132 S. Ct. 798, 181 L. Ed. 2d 479, 2011 U.S. LEXIS 8579.

November 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 19, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 11-94. Southern Union Company, Petitioner v. United States.**

565 U.S. 1057, 132 S. Ct. 756, 181 L. Ed. 2d 479, 2011 U.S. LEXIS 8595.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit granted.

Same case below, 630 F.3d 17.

**No. 11-199. Alexander Vasquez, Petitioner v. United States.**

565 U.S. 1057, 132 S. Ct. 759, 181 L. Ed. 2d 479, 2011 U.S. LEXIS 8484.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted.

Same case below, 635 F.3d 889.